UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PETER LEDET | * | |
|    Plaintiff | * | CASE NO. |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| DG LOUISIANA LLC. DBA DOLLAR GENERAL, STORE NO.13630 | * | MAGISTRATE |
|    Defendant | * | |
| | * | A JURY IS DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

TO:   The Honorable Judges
of the United States District Court
for the Eastern District of Louisiana

Defendant, DG Louisiana, LLC (hereinafter, "Defendant") respectfully submit this Notice of Removal of the above-styled matter, and as cause therefore shows as follows.

1.

On November 28, 2022, the attached Petition for Damages was filed in the 17th Judicial District Court for the Parish of Lafourche, State of Louisiana, entitled *Peter Ledet versus DG Louisiana LLC, DBA Dollar General Store No. 13630* bearing case number- 146096.[1] Defendants were served with the Petition on December 14, 2022.

2.

Plaintiffs' Petition alleges personal injuries as a result of an incident on June 16, 2022 at the Dollar General store located at 1076 Highway 1 in Thibodaux, Louisiana, where Plaintiff

---

[1] *See* Petition for Damages, attached as Exhibit "A".

1

Peter Ledet alleges he sustained damages, including, permanent injuries and disabilities, when suddenly and without warning, he fell to the ground.[2]

3.

As required under Louisiana law, Plaintiff's Petition did not specify an amount of damages sought. The Fifth Circuit Court of Appeals has established the framework for resolving jurisdictional disputes where no specific amount of damages is asserted in the Petition.[3] The removing defendant must prove, by a preponderance of the evidence, that the amount in controversy exceeds $75,000.[4] The defendant may make this showing in two ways: (1) by demonstrating that it is "facially apparent" that the claims are likely in excess of $75,000, or (2) "by setting forth the facts in controversy – preferably in the removal petition, but sometimes by affidavit – that support a finding of the requisite amount."[5]

4.

As previously stated, DG Louisiana, LLC, was served with the Petition on December 14, 2022. Thus, removal is timely pursuant to 28 U.S.C. §1446(b)(1).

5.

Plaintiff's petition indicates without ambiguity that the amount in controversy in this case exceeds $75,000. Plaintiff alleges as a result of the subject incident he sustained head and hip injuries and underwent a surgery to his hip.[6] Further, defendant sent Plaintiff correspondence on December 19, 2022, asking if plaintiff would stipulate that his damages do not exceed $75,000.[7]

---

[2] See Exhibit A, paragraph 6.
[3] *James v. Home Depot USA, Inc.*, 2002 WL 1453824 at *1 (E.D. La. 2002) (citing *Luckett v. Delta Airlines*, 171 F.3d 295, 298 (5th Cir. 1999)).
[4] *Id.*
[5] *Id.*
[6] Exhibit A, paragraph 7.
[7] See exhibit B, letter to plaintiff

2

In response, defendant received correspondence from plaintiff's counsel that the damages in this case exceed $75,000.00.[8]

6.

Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332, and this action is, therefore, removable to this court on the basis that:

    A.    The properly joined parties to this action are completely diverse:

        1. Plaintiff, Peter Ledet, is a person of full age of majority and a domiciliary of the Parish of Lafourche, State of Louisiana (Ex. "A", Petition for Damages);

        2. Dolgencorp, LLC, is a single member limited liability company whose sole member is Dollar General Corporation which is incorporated and has its principal place of business in Tennessee.

    B.    The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs.  Both Federal and State cases show that damages involving hip injury and subsequent surgery would exceed the sum of $75,000.00.[9]

7.

This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy exceeds $75,000.00, exclusive of interest and costs and complete diversity exists between all adverse and properly joined parties.

---

[8] See Exhibit C, email from plaintiff's counsel dated 1/4/23.
[9] *In Re Parish Of Plaquemines*, 231 F. Supp.2d 506 (E.D.La 2002), pl suffered fractured hip, required surgery, damages $300,000, *Fromenthal v. Delta Wells Surveyors, Inc.,* 98-1525 (La. App 4 Cir. 10/4/00); 776 So.2d 1.

8.

The 17th JDC for the Parish of Lafourche, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

9.

Defendants pray for a jury trial on all issues.

**WHEREFORE**, removing Defendant, DG Louisiana LLC, prays that the above action now pending in the 17th JDC for the Parish of Lafourche, State of Louisiana be removed therefrom to this Honorable Court. Defendants additionally pray for a jury trial on all issues.

**Respectfully submitted,**

   */s/ Shannon O. Harrison*
TREVOR C. DAVIES (LA Bar No. 32846)
SHANNON O. HARRISON (LA Bar No. 26163)
MICHAEL L. BALLERO (LA Bar No. 36793)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone: (504) 324-6493
Facsimile: (504) 324-6626
E-Mail: sharrison@wkdlawfirm.com
ATTORNEYS FOR DG LOUISIANA LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the Court's CM/ECF electronic filing system this 11th day of January, 2023.

                                    */s/ Shannon O. Harrison*